THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR MATOS, Appellant. [947 NYS2d 901]

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391, 397-398 [2010]). Skelos, J.P., Dillon, Eng and Austin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID PAIN, Appellant. [947 NYS2d 907]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Florio, Eng and Lott, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND PEREZ, Appellant. [947 NYS2d 908]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Angiolillo, J.P., Balkin, Chambers and Sgroi, JJ., concur.